This is to advise that on October 30, 2009

Judge Evan J. Wallach

Issued a CONFIDENTIAL Slip Opinion 09-127

In action

07-00307

SIDENOR INDUSTRIAL SL,
(Plaintiff)

v.

UNITED STATES
(Defendant)

And

CARPENTER TECHNOLOGY CORP., et al.,
(Defendant-Intervenors)

A PUBLIC VERSION WILL BE FORWARDED TO YOU
WHEN MADE AVAILABLE